# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hollander, Ellen L. | UNITED STATES DISTRICT COURT, DISTRICT OF MARYLAND | 04/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
CHAMBERS OF ELLEN LIPTON HOLLANDER
101 WEST LOMBARD STREET
BALTIMORE, MD 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | LIBRARY COMPANY OF THE BALITMORE BAR |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989-2014 | RETIREMENT SYSTEM FOR JUDGES OF THE STATE OF MARYLAND |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | MARYLAND STATE RETIREMENT AGENCY | $104,303.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | SELF-EMPLOYED - ADVERTISING/MARKETING |
| 2. | 2014 | PENSION - THE HEARST CORP BROADCAST RETIREMENT PLAN |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF CHICAGO LAW SCHOOL | 10/17/2014 | UNIVERSITY OF CHICAGO | LEVI DISTINGUISHED VISITING JURISTS PROGRAM - GUEST SPEAKER | AIRFARE, GROUND TRANSPORTATION & MEALS |
| 2. | | | | VISIT ALSO INCLUDED INDIVIDUAL MEETINGS WITH STUDENT GROUPS & FACULTY | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WHOLE LIFE INSURANCE POLICY : (H) | | | | | | | | | |
| 2. NORTHWESTERN MUTUAL POLICY - CASH VALUE | A | Int./Div. | N | T | | | | | |
| 3. CASH ACCOUNTS: (H) | | | | | | | | | |
| 4. M&T BANK | A | Int./Div. | J | T | | | | | |
| 5. BANK OF AMERICA | | None | J | T | | | | | |
| 6. US BANK - MORTGAGE ESCROW ACCOUNT | A | Int./Div. | J | T | | | | | |
| 7. JP MORGAN CHASE BANK, N.A. | A | Int./Div. | K | T | | | | | |
| 8. BROKERAGE & PERSONAL HOLDINGS: (H) | | | | | | | | | |
| 9. WELLS FARGO ADVANTAGE TREASURY PLUS MM FUND | A | Int./Div. | J | T | | | | | |
| 10. DEUTSCHE BANK MONEY MARKET | A | Int./Div. | J | T | Open | 02/05/14 | J | | |
| 11. MERRILL LYNCH BANK DEPOSIT | A | Int./Div. | K | T | | | | | |
| 12. AMERICAN TOWER CORP | A | Dividend | K | T | | | | | |
| 13. ANSYS, INC. - COMMON | | None | K | T | | | | | |
| 14. BLACKBAUD, INC. | | None | J | T | Buy | 12/18/14 | J | | |
| 15. BIOGEN IDEC, INC. | | None | J | T | Buy | 12/11/14 | J | | |
| 16. CARMAX, INC. | | None | J | T | Buy | 02/24/14 | J | | |
| 17. | | | | | Buy (add'l) | 06/02/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CELGENE CORP - COMMON | | None | K | T | | | | | |
| 19. CISCO SYSTEMS, INC. - COMMON | A | Dividend | J | T | | | | | |
| 20. CLEAN HARBORS, INC. | | None | | | Sold | 04/09/14 | J | A | |
| 21. COMCAST, INC. - COMMON | A | Dividend | J | T | | | | | |
| 22. CONCHO RESOURCES, INC. | | None | J | T | | | | | |
| 23. CONCUR TECHNOLOGIES, INC. | | None | | | Sold | 11/26/14 | J | D | |
| 24. CONSOLIDATED EDISON - COMMON | A | Dividend | J | T | | | | | |
| 25. DEALERTRAK HOLDINGS, INC. - COMMON | | None | J | T | | | | | |
| 26. DISCOVER FINANCIAL SERVICES, INC. | A | Dividend | J | T | Buy (add'l) | 08/29/14 | J | | |
| 27. ECOLAB, INC. - COMMON | A | Dividend | K | T | | | | | |
| 28. EXAMWORKS GROUP, INC. | | None | J | T | | | | | |
| 29. EXPEDITORS INTL OF WASH INC - COMMON | A | Dividend | | | Sold (part) | 06/02/14 | J | D | |
| 30. | | | | | Sold | 07/14/14 | J | D | |
| 31. EXPONENT, INC. | A | Dividend | J | T | | | | | |
| 32. FASTENAL CO - COMMON | B | Dividend | K | T | | | | | |
| 33. HEALTHCARE SERVICES GROUP, INC. | A | Dividend | J | T | | | | | |
| 34. ILLUMINA, INC. | | None | J | T | Sold (part) | 08/15/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. INTELCORP - COMMON | A | Dividend | K | T | | | | | |
| 36. IBM - COMMON | D | Dividend | M | T | | | | | |
| 37. IMAX CORP | | None | J | T | Buy | 04/23/14 | J | | |
| 38. INTUITIVE SURGICAL, INC | | None | J | T | | | | | |
| 39. JACOBS ENGINEERING GROUP - COMMON | | None | J | T | | | | | |
| 40. J & J - COMMON | A | Dividend | J | T | | | | | |
| 41. LKQ CORP - COMMON | | None | K | T | | | | | |
| 42. LIQUIDITY SERVICES, INC. | | None | | | Buy | 03/26/14 | J | | |
| 43. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 44. | | | | | Sold | 04/17/14 | J | A | |
| 45. MARKEL CORP - COMMON | | None | K | T | Sold (part) | 07/18/14 | J | B | |
| 46. METLIFE POLICYHOLDR - TRUST INTEREST | A | Dividend | J | T | | | | | |
| 47. MOODYS CORP | A | Dividend | J | T | | | | | |
| 48. NATIONAL INFORMATION CONSORTIUM, INC. | A | Dividend | | | Sold | 08/13/14 | J | B | |
| 49. PANERA BREAD INC. | | None | J | T | Buy (add'l) | 07/18/14 | J | | |
| 50. PAYCHEX, INC - COMMON | A | Dividend | J | T | | | | | |
| 51. QUALCOMM, INC - COMMON | A | Dividend | K | T | Sold (part) | 08/29/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RED HAT, INC. | | None | K | T | | | | | |
| 53. ROPER INDUSTRIES - COMMON | A | Dividend | K | T | | | | | |
| 54. SCHLUMBERGER, LTD - COMMON | A | Dividend | K | T | Sold (part) | 08/12/14 | J | C | |
| 55. | | | | | Sold (part) | 08/13/14 | J | C | |
| 56. SEI INVESTMENTS CO - COMMON | A | Dividend | K | T | | | | | |
| 57. SIGNET JEWELERS, LTD | A | Dividend | J | T | | | | | |
| 58. SOUTHWESTERN ENERGY CO - COMMON | | None | | | Sold | 08/05/14 | J | A | |
| 59. STERICYCLE - COMMON | | None | J | T | | | | | |
| 60. STRATASYS, LTD | | None | J | T | Buy | 11/05/14 | J | | |
| 61. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 62. TR PRICE GROUP - COMMON | A | Dividend | | | Sold (part) | 01/31/14 | J | C | |
| 63. | | | | | Sold | 02/03/14 | J | D | |
| 64. THREE D SYSTEMS NEW - COMMON | | None | J | T | Sold (part) | 01/03/14 | J | B | |
| 65. | | | | | Sold (part) | 01/06/14 | J | D | |
| 66. TANGOE, INC. | | None | J | T | Buy | 11/11/14 | J | | |
| 67. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 68. TRIMBLE NAVIGATION - COMMON | | None | K | T | Sold (part) | 02/14/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TYLER TECHNOLOGIES, INC. | | None | J | T | | | | | |
| 70. VERISK ANALYTICS | | None | J | T | | | | | |
| 71. VERIZON COMMUNICATIONS, INC. | A | Dividend | K | T | | | | | |
| 72. VISA INC - COMMON | A | Dividend | K | T | Buy (add'l) | 08/29/14 | J | | |
| 73. WAGEWORKS, INC. | | None | J | T | Buy (add'l) | 09/02/14 | J | | |
| 74. WASTE CONNECTIONS, INC. | A | Dividend | J | T | Sold (part) | 09/03/14 | J | B | |
| 75. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 76. AMERICAN FUNDS - AMERICAN BALANCE F-1 | A | Dividend | | | Closed | 09/03/14 | J | | |
| 77. AMERICAN FUNDS - AMERICAN BALANCED FD INC SHS F-2 CL | A | Dividend | J | T | Open | 09/03/14 | J | | |
| 78. AMERICAN FUNDS-GROWTH FUND OF AMERICA F-1 | A | Distribution | | | Closed | 08/26/14 | J | | |
| 79. AMERICAN FUNDS-GROWTH FUND OF AMERICA CL F-2 | A | Dividend | J | T | Open | 08/26/14 | J | | |
| 80. ARTISAN MID-CAP VALUE FUND INVESTOR | A | Dividend | J | T | | | | | |
| 81. BLACKROCK GLOBAL ALLOCATION INSTL FUND | A | Dividend | J | T | | | | | |
| 82. DAVIS VENTURE FUND-CLASS A | A | Dividend | J | T | | | | | |
| 83. FIRST EAGLE GLOBAL FUND, CLASS A | A | Dividend | J | T | | | | | |
| 84. HARTFORD MUTUAL FUNDS- HARTFORD MIDCAP I | A | Dividend | J | T | | | | | |
| 85. IVY FUNDS-IVY ASSET STRATEGY FUND CLASS I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |
| 87. T ROWE PRICE MD TAX FREE BOND FUND | A | Dividend | J | T | | | | | |
| 88. AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | J | T | | | | | |
| 89. AMG MGRS SKYLINE SPECIAL EQTY | A | Dividend | J | T | | | | | |
| 90. ISRAELI BONDS | A | Interest | J | T | | | | | |
| 91. IRA ACCOUNT #1: (H) | | | | | | | | | |
| 92. BLACKROCK GLOBAL ALLOC FUND | A | Dividend | K | T | | | | | |
| 93. FIRST EAGLE GLOBAL FUND I | A | Dividend | K | T | | | | | |
| 94. AMERICAN FUNDS GROWTH FUND OF AMERICA CL F1 | A | Dividend | | | Closed | 08/26/14 | K | | |
| 95. | | | | | Sold (part) | 07/08/14 | J | A | |
| 96. | | | | | Sold (part) | 02/04/14 | J | A | |
| 97. GROWTH FUND OF AMERICA INC CL F2 SHS | A | Dividend | K | T | Open | 08/26/14 | K | | |
| 98. VOYA MUT FDS GLB R/S FD I | A | Dividend | J | T | | | | | |
| 99. IVY FUNDS - ASSET STRATEGY FUND | C | Dividend | K | T | | | | | |
| 100. DAVIS NY VENTURE FUND INC CL Y | C | Dividend | K | T | Sold (part) | 04/17/14 | J | A | |
| 101. PIMCO FDS PAC INVT MGMT SVCS TOTAL RETURN FD A | A | Dividend | K | T | | | | | |
| 102. JP MORGAN SMALL CAP EQUITY FUND | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ARTISAN MID-CAP VALUE FUND INVESTOR | A | Dividend | J | T | | | | | |
| 104. AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | K | T | | | | | |
| 105. PRINCIPAL FUNDS MID CAP FUND INSTITUTIONAL | | None | | | Closed | 06/23/14 | J | | |
| 106. PRINCIPAL FUNDS MID CAP BLEND | A | Dividend | J | T | Open | 06/23/14 | J | | |
| 107. AMG MGRS SKYLINE SPECIAL EQTY | A | Dividend | J | T | | | | | |
| 108. IRA ACCOUNT #2: (H) | | | | | | | | | |
| 109. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 110. FIRST EAGLE FDS, INC - GLOBAL FUND CL I | A | Dividend | J | T | | | | | |
| 111. AMERICAN FUNDS - GROWTH FUND OF AMERICA F1 | A | Dividend | | | Closed | 08/26/14 | J | | |
| 112. | | | | | Sold (part) | 07/16/14 | J | A | |
| 113. | | | | | Sold (part) | 02/04/14 | J | A | |
| 114. GROWTH FUND OF AMERICA INC CL F2 SHS | A | Dividend | J | T | Open | 08/26/14 | J | | |
| 115. VOYA MUT FDS GLB R/S FD I | A | Dividend | J | T | | | | | |
| 116. IVY FUNDS INC - ASSET STRATEGY FUND | B | Dividend | J | T | | | | | |
| 117. DAVIS NY VENTURE FUND INC - CL Y | B | Dividend | J | T | Sold (part) | 04/24/14 | J | A | |
| 118. PIMCO FDS PAC INVT MGMT SER - TOTAL RETURN FUND | A | Distribution | J | T | | | | | |
| 119. JP MORGAN SMALL CAP EQUITY FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AMG YACKTMAN FUND SERVICE CLASS | A | Dividend | J | T | | | | | |
| 121. ARTISAN MIDCAP VALUE FUND INVESTOR | A | Dividend | J | T | | | | | |
| 122. PRINCIPAL MIDCAP FUND INSTITUTIONAL | A | Dividend | | | Closed | 06/23/14 | J | | |
| 123. PRINCIPAL FDS INC MIDCAP BLEND | A | Dividend | J | T | Open | 06/23/14 | J | | |
| 124. | | | | | Sold (part) | 10/24/14 | J | A | |
| 125. AMG MGRS SKYLINE SPECIAL EQTY | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 126. 401(K) PLAN: (H) | | | | | | | | | |
| 127. AMCENT EQ GR INST | A | Dividend | L | T | Buy | 05/06/14 | L | | |
| 128. AMERICAN FUNDS EURO PACIFIC GROWTH FD 46 | | None | K | T | | | | | |
| 129. AMERICAN FUNDS GROWTH FUND OF AMERICA R6 | | None | L | T | | | | | |
| 130. FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 131. GOLDMAN SACHS LARGE CAP VALUE FUND INST | | None | | | Sold | 05/06/14 | L | D | |
| 132. PIMCO TOTAL RETURN INST | | None | K | T | | | | | |
| 133. T.ROWE PRICE SMALL CAP STOCK FUND | A | Dividend | L | T | | | | | |
| 134. VANGUARD INSTL INDEX FD | | None | | | Sold | 05/06/14 | L | D | |
| 135. VANGUARD MID CAP INDEX INSTL FD | | None | K | T | | | | | |
| 136. VANGUARD VALUE INDEX INST | | None | L | T | Buy | 05/06/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  EDUCATION SAVINGS 529 PLANS: (H) | | | | | | | | | |
| 138.  MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #1) | | None | J | T | Buy | 08/04/14 | J | | |
| 139.  MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #2) | | None | J | T | Buy | 08/04/14 | J | | |
| 140.  MD COLLEGE INVESTMENT PLANS - PORTFOLIO FOR COLLEGE 2030 (ACCT #3) | | None | J | T | Buy | 08/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hollander, Ellen L. | 04/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ON 9/3/14 - EXCHANGED AMERICAN BALANCED FD INC CL F FOR AMERICAN BALANCED FD INC SHS F-2 CL (VALUE CODE ON DATE OF EXCHANGE WAS J)

ON 8/26/14 EXCHANGED "AMERICAN FUNDS-GROWTH FUND OF AMERICA CL F1" FOR "GROWTH FD AMERICA INC CL F2 SHARES" (VALUE CODE ON DATE OF EXCHANGE WAS K)

ON 6/23/14 EXCHANGED "PRINCIPAL MIDCAP FUND INSTITUTIONAL" FOR "PRINCIPAL FDS INC MIDCAP BLEND" (VALUE CODE ON DATE OF EXCHANGE WAS J)

ON 6/9/14 THERE WAS A CUSIP CHANGE FOR THE FOLLOWING SECURITY: "MANAGERS YACKTMAN FUND SERVICE CLASS" BECAME "AMG YACKTMAN FUND SERVICE CLASS"

ON 6/9/14 THERE WAS A CUSIP CHANGE FOR THE FOLLOWING SECURITY: "MANAGERS AMG SKYLINE SPECIAL EQUITIES FUND" BECOME "AMG MGRS SKYLINE SPECIAL EQTY"

ON 5/5/14 THERE WAS A CUSIP CHANGE FOR THE FOLLOWING SECURITY: "ING GLOBAL REAL ESTATE FUND" TO "VOYA MUT FDS GLB R/S FD I"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ellen L. Hollander**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544